IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 21-482 |
| | ) |
| ORIES R. SMITH | ) |

**ORDER**

Defendant Ories Smith has submitted to the Court a *pro se* "Petition to Authorize Utilization of Medical Marijuana & Physical Fitness facility (Rehab) as Requested by Primary Care Physician," attached as Appendix A (with personal medical information redacted).

AND NOW, this 4th day of May, 2022, it is hereby ORDERED that because Mr. Smith is currently represented by counsel, the Court will take no action on his Petition. See United States v. Thompson, 677 F.3d 570, (3d Cir. 2012), quoting McKaskle v. Wiggins, 465 U.S. 168, 183 (1984) ("Pro se litigants have no right to 'hybrid representation' because '[a] defendant does not have a constitutional right to choreograph special appearances by counsel.'").

IT IS FURTHER ORDERED that the submission of pro se motions and other correspondence by individuals represented by attorneys is not permitted by this Court. Any and all future submissions/correspondence of the defendant to the Court is to be made solely through counsel of record with such submissions/correspondence filed with the Office of the Clerk of Court for the Western District of Pennsylvania.

_____
Marilyn J. Horan
United States District Judge